MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:   (415) 436-7200
    Facsimile:   (415) 436-7234
    Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 12-mj-70502 JCS |
|     Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER CHANGING HEARING DATE** |
| ) | **AND EXTENDING TIME LIMITS** |
| JIMMY ALEJANDRO JARQUIN, ) | |
|     Defendant. ) | |

    The Court has set May 15, 2012 as the date for a preliminary hearing or arraignment for the defendant.

    The parties hereby stipulate to move the preliminary hearing / arraignment date to May 31, 2012, and they request that the Court extend the time limits provided by Federal Rule of Criminal Procedure 5.1(c) and 18 U.S.C. § 3161.

    Pursuant to Rule 5.1(d), the defendant and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties also agree that the ends

STIPULATION & [PROPOSED] ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS
CR 12-mj-70502 JCS

1  of justice served by granting such an exclusion of time outweigh the best interests of the public
2  and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

4      SO STIPULATED:
                                                 MELINDA HAAG
5                                                United States Attorney

6
   DATED: May 12, 2012                       /s/
7                                                KEVIN J. BARRY
                                                 Assistant United States Attorney
8

9  DATED: May 11, 2012                       /s/
                                                 BRIAN A. NEWMAN
10                                               Attorney for JIMMY ALEJANDRO JARQUIN

13                                [PROPOSED] ORDER

14      Pursuant to agreement of the parties, the Court sets May 31, 2012, as the date for the
15 arraignment / preliminary hearing.  The Court also finds that extension of the time limits
16 applicable under Federal Rule of Criminal Procedure 5.1(c) from the date of this Order through
17 May 31, 2012, is warranted; that exclusion of this period from the time limits applicable under
18 18 U.S.C. § 3161is warranted; that the ends of justice served by the continuance under Rule 5.1
19 outweigh the interests of the public and the defendant in the prompt disposition of this criminal
20 case; and that the failure to grant the requested exclusion of time would deny counsel for the
21 defendant and for the government the reasonable time necessary for effective preparation and
22 continuity of counsel, taking into account the exercise of due diligence, and would result in a
23 miscarriage of justice.  18 U.S.C. §3161(h)(7)(B)(iv).

25      IT IS SO ORDERED.

26 DATED: 05/14/12                        _____
                                                 THE HONORABLE JOSEPH C. SPERO
27                                               United States Magistrate Judge

# EXHIBIT A

MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:   (415) 436-7200
   Facsimile:   (415) 436-7234
   Email: kevin.barry@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 12-mj-70502 JCS |
|    Plaintiff, ) | |
|   v. ) | STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND EXTENDING TIME LIMITS |
| JIMMY ALEJANDRO JARQUIN, ) | |
|    Defendant. ) | ATTESTATION OF FILER |

     In addition to myself, the other signatory to this document is <u>Brian A. Newman</u>.  I certify that I have his permission to enter a conformed signature on his behalf and to file.

DATED: May 12, 2012          MELINDA HAAG
                                       United States Attorney

                                         /s/
                                       KEVIN J. BARRY
                                       Assistant United States Attorney